IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC, d/b/a GENESIS DIAGNOSTICS, Plaintiff, | CIVIL ACTION |
| v. | |
| ANTHEM BLUE CROSS BLUE SHIELD MISSOURI, BLUE CROSS BLUE SHIELD OF MISSOURI, ABC COMPANIES 1-100, and JOHN DOES 1-100, Defendants. | NO. 23-4940 |

### ORDER

**AND NOW**, this 18th day of April, 2024, upon consideration of Defendant's Motion to Dismiss (ECF No. 15), Plaintiff's opposition thereto (ECF No. 16), and Defendants' reply (ECF No. 18), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

The Clerk of Court is instructed to terminate this matter.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**